# United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
### 40 Foley Square
### New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

Date: November 10, 2022
Docket #: 21-1975cv
Short Title: New York State Telecommunicati v. James

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

DC Docket #: 21-cv-2389
DC Court: EDNY (CENTRAL ISLIP)
DC Judge: Hurley
DC Judge: Tomlinson

## NOTICE OF HEARING DATE

**Argument Date/Time:** Thursday, January 12, 2023 at 10:00am
**Location:** Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY, 10007, 17th Floor, Room 1703

**Time Allotment:** 10 minutes per side

Counsel and non-incarcerated pro se litigants presenting oral argument must register with the courtroom deputy 30 minutes before argument.

Approximately one week prior to argument, the Court will advise the individuals who will appear of the format for the argument. The Court prefers to hold argument in person. However, argument may be held by Zoom, teleconference, or a combination of in-person and remote arguments, depending upon then current pandemic-related considerations. In addition, some parties who have demonstrated good cause by motion and judges may participate remotely. If an argument is in person, all individuals must wear a mask at all times in the courthouse, including in the courtroom and during oral argument. If an argument is remote, the parties will receive instructions to access Zoom or the teleconference.

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of argument. The Court will consider the motion or stipulation at the time of argument, and counsel's appearance is required with counsel prepared to argue the merits of the case. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.

See page 2 for additional information.

**Counsel must file the completed form in accordance with Local Rule 25.1 or 25.2. Pro Se parties must submit the form in paper.**

Name of the Attorney/Pro Se presenting argument: Scott H. Angstreich
Firm Name (if applicable): Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
Current Telephone Number: (202) 326-7900

The above named attorney represents:
( ) Appellant/Petitioner     ( X) Appellee-Respondent ( )     Intervenor

Date:  11/10/2022          Signature:    /s/ Scott H. Angstreich

## NOTICE TO THE BAR

**Offsite Video Argument.** At this time the Court does not provide offsite video argument.

**Recording of Argument.** An audio recording of oral argument is available on the Court's website. In addition, a CD of an argument may be purchased for $32 per CD by written request to the Clerk. The request should include the case name, the docket number and the date or oral argument. CDs will be delivered by first class mail unless the request instructs to hold for pick- up or requests Federal Express Service, in which case a Federal Express account number and envelope must be provided.

**Court Reporters.** Parties may arrange - at their own expense - for an official court reporter to transcribe argument from a copy of the hearing tape or to attend and transcribe the hearing directly. A party must first obtain written consent from opposing counsel - or move the Court for permission - to have the court reporter attend and transcribe the hearing and must provide the calendar clerk written notice, including the name, address and telephone number of the attending reporter and, if applicable, the reporting firm at least one week prior to the hearing date.

**Interpreter Services for the Hearing Impaired.** Counsel requiring sign interpreters or other hearing aids must submit a written notice to the Calendar Team at least one week before oral argument.

Inquiries regarding this case may be directed to 212-857-8595.