# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of November, two thousand twenty two,

_____

| | |
|---|---|
| New York State Telecommunications Association, Inc., CTIA - The Wireless Association, ACA Connects - America's Communications Association, USTelecom - The Broadband Association, NTCA - The Rural Broadband Association, Satellite Broadcasting and Communications Association, on behalf of their respective members, | **ORDER** <br> Docket No. 21-1975 |

        Plaintiffs - Appellees,

v.

Letitia A. James, in her official capacity as Attorney General of New York,

        Defendant - Appellant.

_____

Amici Curiae Benton Institute for Broadband & Society and Public Knowledge move for leave for file and amended brief and appendix in support of the appellant.

IT IS HEREBY ORDERED that the motion is GRANTED.

        For The Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court