# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: New York State Telecommunications Ass'n v. James          Docket No.: 21-1975

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Douglas I. Brandon

Firm: Akin Gump Strauss Hauer & Feld LLP

Address: 2001 K Street NW, Washington, D.C. 20006

Telephone: 202-887-4021     Fax: 202-887-4288

E-mail: dbrandon@akingump.com

Appearance for: Amici Curiae Former FCC Commissioners Jonathan Adelstein, Mignon Clyburn, Michael O'Reilly, and Ajit Pai
(party/designation)

**Select One:**

[✔] Substitute counsel (replacing lead counsel: Matthew B. Berry, Akin Gump Strauss Hauer & Feld)
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____)
(name/firm)

[ ] Additional counsel (co-counsel with: _____)
(name/firm)

[ ] Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 01/31/2023     OR

[ ] I applied for admission on _____.

Signature of Counsel: /s/ Douglas I. Brandon

Type or Print Name: Douglas I. Brandon