| | |
|---|---|
| **James Tomberlin**<br>Direct Dial: +1.202.637.2141<br>james.tomberlin@lw.com | 555 Eleventh Street, NW<br>Suite 1000<br>Washington, D.C. 20004-1304<br>Tel: +1.202.637.2200  Fax: +1.202.637.2201<br>www.lw.com |

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

February 8, 2023

**VIA CM/ECF**

Ms. Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *New York State Telecommunications Association, Inc. et. al. v. James, No. 21-1975*

Dear Ms. Wolfe:

I am writing to withdraw my appearance as counsel of record for Amicus Curiae NCTA – Internet & Television Association in the above-referenced appeal as I am ending my employment with Latham & Watkins LLP.

Amicus Curiae NCTA – Internet & Television Association will continue to be represented by Matthew A. Brill and Matthew Murchison of Latham & Watkins LLP.

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ James Tomberlin
James Tomberlin

*Attorneys for Amicus Curiae NCTA – Internet & Television Association*

cc: All Counsel of Record (via CM/ECF)