KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

December 8, 2023

*Via Electronic Filing*

Catherine O'Hagan Wolfe
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *New York State Telecommunications Association, Inc., et al. v. James*, No. 21-1975

Dear Ms. Wolfe:

    We are writing, pursuant to Federal Rule of Appellate Procedure 28(j), to inform the court that the Federal Communications Commission recently issued a Notice of Proposed Rulemaking, in which it proposes to classify broadband internet access service as a common-carrier, telecommunications service under Title II of the Communications Act. *See* Notice of Proposed Rulemaking, *Safeguarding and Securing the Open Internet*, FCC 23-83, WC Docket No. 23-320, ¶ 1 (Oct. 20, 2023) ("Notice") (Ex. A). Among other things, the FCC "propose[s] to forbear from all provisions of Title II that would permit Commission regulation of [broadband internet access service] rates." *Id.* ¶ 105. The Notice also poses a series of questions about the preemption of state and local regulation of broadband internet access service following such a reclassification. *See id.* ¶¶ 94-97.

    Comments in response to the Notice are due on December 14, 2023, with reply comments due on January 17, 2024. While there is no statutory deadline for completing the rulemaking, the Commission is expected to adopt final rules in the Spring or Summer of 2024. Any future final agency action in this rulemaking is likely to be relevant to the parties' arguments about whether federal law preempts New York's law regulating broadband rates. Appellees will notify the Court promptly after the Commission takes such an action.

Kellogg, Hansen, Todd, Figel & Frederick, p.l.l.c.

Catherine O'Hagan Wolfe
December 8, 2023
Page 2

                              Sincerely,

/s/ *Jeffrey A. Lamken*                  /s/ *Scott H. Angstreich*
Jeffrey A. Lamken                      Scott H. Angstreich
MoloLamken LLP                      Andrew E. Goldsmith
The Watergate, Suite 500          Joseph S. Hall
600 New Hampshire Avenue, N.W.   Alex A. Parkinson
Washington, D.C. 20037            Kellogg, Hansen, Todd,
(202) 556-2000                        Figel & Frederick, P.L.L.C.
jlamken@mololamken.com         1615 M Street, N.W., Suite 400
                                    Washington, D.C. 20036
*Counsel for ACA Connects –*        (202) 326-7900
*America's Communications*         sangstreich@kellogghansen.com
*Association*                             agoldsmith@kellogghansen.com
                                    jhall@kellogghansen.com
/s/ *Jared P. Marx*                    aparkinson@kellogghansen.com
Jared P. Marx
Harris, Wiltshire & Grannis, LLP   *Counsel for New York State*
1919 M Street, N.W., 8th Floor      *Telecommunications Association, Inc.;*
Washington, D.C. 20036            *CTIA – The Wireless Association;*
(202) 730-1328                       *NTCA – The Rural Broadband Association;*
jmarx@hwglaw.com              *and USTelecom – The Broadband Association*

*Counsel for Satellite Broadcasting &*
*Communications Association*


cc: Counsel of record (via CM/ECF)

Attachment