**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Friday, April 26, 2024 10:57 AM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 2:21-cv-02389-DRH-AKT New York State Telecommunications Association, Inc. et. al. v. James USCA Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 4/26/2024 at 10:57 AM EDT and filed on 4/26/2024

| | |
|---|---|
| **Case Name:** | New York State Telecommunications Association, Inc. et. al. v. James |
| **Case Number:** | 2:21-cv-02389-DRH-AKT |
| **Filer:** | |

**WARNING: CASE CLOSED on 07/29/2021**

| | |
|---|---|
| **Document Number:** | 38 |

**Docket Text:**
**CERTIFIED ORDER of USCA 21-1975 as to [28] Notice of Interlocutory Appeal**

**filed by Letitia A. James. The judgment of the United States District Court for the Eastern District of New York is REVERSED, and the permanent injunction barring enforcement of the Affordable Broadband Act is VACATED. (CL)**

**2:21-cv-02389-DRH-AKT Notice has been electronically mailed to:**

Scott H. Angstreich     sangstreich@kellogghansen.com, apietropaoli@kellogghansen.com, scott-angstreich-1818@ecf.pacerpro.com

Patricia M. Hingerton     Patricia.Hingerton@ag.ny.gov

Susan M. Connolly     susan.connolly@ag.ny.gov

Jeffrey A. Lamken     jlamken@mololamken.com, Adam-Collins-1996@ecf.pacerpro.com, mcoburn@mololamken.com

Andrew Edward Goldsmith     agoldsmith@kellogghansen.com, , ecf-2ff5a29c9f5d@ecf.pacerpro.com, hshin@kellogghansen.com

Jared P. Marx     jmarx@hwglaw.com

Joseph Solomon Hall     jhall@kellogghansen.com

Michael Nilsson     mnilsson@hwglaw.com

**2:21-cv-02389-DRH-AKT Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=4/26/2024] [FileNumber=18902448-0]
[41840531433c2e8f8a84c490a70fe26035c7b1578764f8e54b16540361d8f3a77a4b
d8a36844aa7b0d0bbcee772f5cc4a45b2607dcbf2e9a294cffd27ec738d0]]