# 21-1975

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

NEW YORK STATE TELECOMMUNICATIONS ASSOCIATION, INC.,
CTIA – THE WIRELESS ASSOCIATION, ACA CONNECTS – AMERICA'S
COMMUNICATIONS ASSOCIATION, USTELECOM – THE BROADBAND
ASSOCIATION, NTCA – THE RURAL BROADBAND ASSOCIATION,
SATELLITE BROADCASTING AND COMMUNICATIONS ASSOCIATION,
on behalf of their respective members,

*Plaintiffs-Appellees*,

v.

LETITIA A. JAMES, in her official capacity as Attorney General of New York,

*Defendant-Appellant*.

On Appeal from the United States District Court for the
Eastern District of New York, No. 21-cv-2389 (Hon. Denis R. Hurley)

## PLAINTIFFS-APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING OR REHEARING *EN BANC*

Scott H. Angstreich
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900

*Counsel for New York State Telecommunications Association, Inc.;
CTIA – The Wireless Association; NTCA – The Rural Broadband Association;
and USTelecom – The Broadband Association*

April 29, 2024

*(additional counsel listed on next page)*

| | |
|---|---|
| Jeffrey A. Lamken<br>MOLOLAMKEN LLP<br>The Watergate, Suite 500<br>600 New Hampshire Avenue, N.W.<br>Washington, D.C. 20037<br>(202) 556-2000<br><br>*Counsel for ACA Connects –*<br>*America's Communications*<br>*Association* | Jared P. Marx<br>HARRIS, WILTSHIRE & GRANNIS, LLP<br>1919 M Street, N.W., 8th Floor<br>Washington, D.C. 20036<br>(202) 730-1328<br><br>*Counsel for Satellite Broadcasting &*<br>*Communications Association* |

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-1975

**Caption [use short title]**

**Motion for:** extension of time to file petition for rehearing

New York State Telecommunications Association, Inc. v. James

Set forth below precise, complete statement of relief sought:

Plaintiffs-Appellees respectfully request a 14-day extension to and including May 24, 2024, to consider whether to file and to prepare a petition for rehearing or rehearing en banc in this appeal. Any petition is presently due on May 10, 2024. No other extensions of time have been previously requested or granted for the petition.

**MOVING PARTY:** New York State Telecommunications Association, Inc.
**OPPOSING PARTY:** Letitia A. James in her official capacity as Attorney General of New York

- [x] Plaintiff
- [ ] Defendant
- [ ] Appellant/Petitioner
- [x] Appellee/Respondent

**MOVING ATTORNEY:** Scott H. Angstreich
**OPPOSING ATTORNEY:** Judith N. Vale

[name of attorney, with firm, address, phone number and e-mail]

Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400; Washington, D.C. 20036
sangstreich@kelloggsansen.com; (202) 326-7900

Deputy Solicitor General, Office of the New York State Attorney General, State of New York
28 Liberty Street New York, New York 10005
judith.vale@ag.ny.gov; (212) 416-8020

**Court- Judge/ Agency appealed from:** E.D.N.Y. - Judge Hurley

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
- [x] Yes
- [ ] No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
- [x] Unopposed
- [ ] Opposed
- [ ] Don't Know

Does opposing counsel intend to file a response:
- [ ] Yes
- [x] No
- [ ] Don't Know

Is the oral argument on motion requested? [ ] Yes [x] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? [x] Yes [ ] No If yes, enter date: Argument was held on January 12, 2023

**Signature of Moving Attorney:**
Scott Angstreich (Digitally signed by Scott Angstreich Date: 2024.04.29 14:41:44 -04'00') **Date:** April 29, 2024 **Service:** [x] Electronic [ ] Other [Attach proof of service]

Form T-1080 (rev. 10-23)

## UNOPPOSED MOTION

Pursuant to Federal Rules of Appellate Procedure 27, 35, and 40, as well as Local Rules 27.1, 35.1, and 40.1, Plaintiffs-Appellees respectfully request an extension of time to May 24, 2024, to file a petition for rehearing and / or rehearing *en banc*. Defendant-Appellant does not oppose this request.

1. On April 26, 2024, this Court issued an opinion for a majority of the panel deciding to reverse the judgment and vacate the permanent injunction the District Court (Hurley, J.) had entered. Plaintiffs-Appellees' petition for rehearing and / or rehearing *en banc*, if any is filed, is due on or before May 10, 2024. *See* Fed. R. App. P. 40(a)(1) (allowing 14 days to file petition for rehearing or rehearing *en banc* "[u]nless the time is shortened or extended by order or local rule").

2. Plaintiffs-Appellees respectfully request a two-week extension to file a petition. *See Marino v. Ortiz*, 888 F.2d 12, 13 (2d Cir. 1989) (stating that such requests are "routinely granted when the motion is made within the fourteen-day period"); *see also Schulz v. IRS*, 413 F.3d 297, 299 (2d Cir. 2005) ("grant[ing] the motion to extend time in which to file a petition for rehearing *en banc*"). There is good cause to grant the requested extension.

3. *First*, on April 25, 2024 — one day before this Court released its opinion — the Federal Communications Commission ("FCC") voted to adopt a

Final Order reclassifying broadband internet access service as a Title II telecommunications service. *See* Federal Communications Commission, *FCC Restores Net Neutrality* (Apr. 25, 2024), available at https://docs.fcc.gov/public/attachments/DOC-402082A1.pdf. As of the date of this filing, however, the FCC has not yet released the final text of its Order, which is expected to be released soon. Plaintiffs-Appellees will require time to review that Order — once the FCC releases it — to identify any changes between the Order and the nearly 400-page Draft Order the FCC released on April 4, 2024 and to determine the import of any such changes for this appeal.

  4. *Second*, Plaintiffs-Appellees' counsels' current obligations during the time period allotted to prepare any petition and through the first half of May 2024 include: (a) a response brief in *Telefonaktiebolaget LM Ericsson v. Lenovo (United States) Inc.* (Fed. Cir.) due on May 1; (b) a reply brief in *United States v. Gyetvay* (11th Cir.) due on May 3; (c) an opening brief in *Express Mobile, Inc. v. Meta Platforms, Inc.* (Fed. Cir.) due on May 7; (d) an oral argument on May 7 in *Regents of the University of California v. Broad Institute, Inc.* (Fed. Cir.); (e) an oral argument on May 8 in *United States ex rel. John Doe v. Credit Suisse AG* (4th Cir.); (f) a merits brief in *Cellco Partnership v. Deer District LLC* (7th Cir.) due on May 17; and (g) an amicus brief in *Wisconsin Bell, Inc. v. United States ex rel.*

*Heath* (U.S.) due on May 17. Declarations in support of this Motion attesting to these dates are attached.

5. This Court has granted two-week extensions in similar circumstances. *See*, *e.g.*, Order, *Syntel Sterling Best Shores Mauritius Ltd. v. The TriZetto Grp., Inc.*, No. 21-1370, Dkt. 136 (June 5, 2023) at 1 (granting motion for two-week enlargement sought on this basis, among another); *see also* Appellee's Mot., *Syntel Sterling Best Shores Mauritius Ltd. v. The TriZetto Grp., Inc.*, No. 21-1370, Dkt. 132 (June 1, 2023) at 4-5 (seeking a two-week enlargement on this basis, among another).

6. Further, on April 29, 2024, Plaintiffs-Appellees notified Defendant-Appellant of this request, and counsel for Defendant-Appellant indicated that it does not oppose the requested extension of time.

7. This is Plaintiffs-Appellees' first request for an extension of time to file a petition for rehearing and / or rehearing *en banc*.

\* \* \*

For the foregoing reasons, Plaintiffs-Appellees respectfully request that the Court extend the deadline to file any petition for rehearing and / or rehearing *en banc* to May 24, 2024.

3

Respectfully submitted,

/s/ *Jeffrey A. Lamken*
Jeffrey A. Lamken
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 556-2000
jlamken@mololamken.com

*Counsel for ACA Connects – America's Communications Association*

/s/ *Jared P. Marx*
Jared P. Marx
HARRIS, WILTSHIRE & GRANNIS, LLP
1919 M Street, N.W., 8th Floor
Washington, D.C. 20036
(202) 730-1328
jmarx@hwglaw.com

*Counsel for Satellite Broadcasting & Communications Association*

/s/ *Scott H. Angstreich*
Scott H. Angstreich
Andrew E. Goldsmith
Joseph S. Hall
Alex A. Parkinson
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
sangstreich@kellogghansen.com
agoldsmith@kellogghansen.com
jhall@kellogghansen.com
aparkinson@kellogghansen.com

*Counsel for New York State Telecommunications Association, Inc.; CTIA – The Wireless Association; NTCA – The Rural Broadband Association; and USTelecom – The Broadband Association*

April 29, 2024

## DECLARATION OF SCOTT H. ANGSTREICH

1. I am counsel for Plaintiffs-Appellants New York State Telecommunications Association, Inc.; CTIA – The Wireless Association; NTCA – The Rural Broadband Association; and USTelecom – The Broadband Association. I have entered an appearance.

2. My upcoming obligations during the time period allotted to prepare any petition for rehearing and / or rehearing *en banc* — as well as through the first half of May 2024 — include (a) a merits brief in *Cellco Partnership v. Deer District LLC* (7th Cir.) due on May 17, and (b) an amicus brief due in *Wisconsin Bell, Inc. v. United States ex rel. Heath* (U.S.) due on May 17.

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

April 29, 2024

/s/ *Scott H. Angstreich*
Scott H. Angstreich

# DECLARATION OF JEFFREY A. LAMKEN

1. I am counsel for Plaintiff-Appellant ACA Connects –America's Communications Association. I have entered an appearance.

2. My upcoming obligations during the time period allotted to prepare any petition for rehearing and / or rehearing *en banc* — as well as through the first half of May 2024 — include (a) a response brief in *Telefonaktiebolaget LM Ericsson v. Lenovo (United States) Inc.* (Fed. Cir.) due on May 1; (b) a reply brief in *United States v. Gyetvay* (11th Cir.) due on May 3; (c) an opening brief in *Express Mobile, Inc. v. Meta Platforms, Inc.* (Fed. Cir.) due on May 7; (d) an oral argument on May 7 in *Regents of the University of California v. Broad Institute, Inc.* (Fed. Cir.); and (e) an oral argument on May 8 in *United States ex rel. John Doe v. Credit Suisse AG* (4th Cir.).

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

April 29, 2024

/s/ *Jeffrey A. Lamken*
Jeffrey A. Lamken

## CERTIFICATE OF SERVICE

On April 29, 2024, the foregoing document was submitted to the Court through the CM/ECF system. All participants in the case are represented by registered CM/ECF users and will be notified of filing electronically by the CM/ECF system.

/s/ *Scott H. Angstreich*
Scott H. Angstreich

## CERTIFICATE OF COMPLIANCE

I certify, pursuant to Federal Rule of Appellate Procedure 32(g), that this brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the portions of the brief exempted by Federal Rule of Appellate Procedure 32(f), the brief contains 656 words.

I further certify that this brief complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and 32(a)(6) and Local Rule 32.1 because it has been prepared using Microsoft Word 2016 in a proportionally spaced typeface (Times New Roman, 14 point).

/s/ *Scott H. Angstreich*
Scott H. Angstreich

April 29, 2024