# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of April, two thousand twenty-four.

Before:     Sarah A. L. Merriam,
                *Circuit Judge,*

_____

| | |
|---|---|
| New York State Telecommunications Association, Inc., CTIA - The Wireless Association, ACA Connects - America's Communications Association, USTelecom - The Broadband Association, NTCA - The Rural Broadband Association, Satellite Broadcasting and Communications Association, on behalf of their respective members, | **ORDER**<br><br>Docket No. 21-1975 |

        Plaintiffs - Appellees,

v.

Letitia A. James, in her official capacity as Attorney General of New York,

        Defendant - Appellant.

_____

Appellees move for an extension of time to and including May 24, 2024, to file a petition for rehearing or rehearing *en banc*.

IT IS HEREBY ORDERED that the motion for extension of time is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

