

**Tejas N. Narechania**
Professor of Law
University of California, Berkeley
School of Law

689 Simon Hall
Berkeley, CA 94720

+1 510 643 3144
tnarecha@law.berkeley.edu

May 9, 2024

via CM/ECF

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**RE: New York State Telecommunications Association, Inc. v. James, No. 21-1975**

Dear Ms. Wolfe:

I am writing to respectfully request permission to withdraw my appearance for amicus The Greenlining Institute in this appeal. This request is precipitated by my upcoming plans to take a regular sabbatical leave from university service.

Erik Stallman, Associate Director of the Samuelson Law, Technology & Public Policy Clinic at the University of California, Berkeley, School of Law has filed an appearance and will continue to serve as The Greenlining Institute's counsel of record in this appeal.

Sincerely,

Tejas N. Narechania

