# 21-1975

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

———————

NEW YORK STATE TELECOMMUNICATIONS ASSOCIATION, INC.,
CTIA – THE WIRELESS ASSOCIATION, ACA CONNECTS – AMERICA'S
COMMUNICATIONS ASSOCIATION, USTELECOM – THE BROADBAND
ASSOCIATION, NTCA – THE RURAL BROADBAND ASSOCIATION,
SATELLITE BROADCASTING AND COMMUNICATIONS ASSOCIATION,
on behalf of their respective members,

*Plaintiffs-Appellees*,

v.

LETITIA A. JAMES, in her official capacity as Attorney General of New York,

*Defendant-Appellant*.

———————

On Appeal from the United States District Court for the
Eastern District of New York, No. 21-cv-2389 (Hon. Denis R. Hurley)

———————

**PLAINTIFFS-APPELLEES' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE PETITION FOR REHEARING
OR REHEARING *EN BANC***

———————

Scott H. Angstreich
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900

*Counsel for New York State Telecommunications Association, Inc.;
CTIA – The Wireless Association; NTCA – The Rural Broadband Association;
and USTelecom – The Broadband Association*

June 6, 2024

*(additional counsel listed on next page)*

Jeffrey A. Lamken
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 556-2000

*Counsel for ACA Connects –
America's Communications
Association*

Jared P. Marx
HARRIS, WILTSHIRE & GRANNIS, LLP
1919 M Street, N.W., 8th Floor
Washington, D.C. 20036
(202) 730-1328

*Counsel for Satellite Broadcasting &
Communications Association*

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-1975

**Caption [use short title]**

**Motion for:** extension of time to file petition for rehearing

New York State Telecommunications Association, Inc. v. James

Set forth below precise, complete statement of relief sought:

Plaintiffs-Appellees respectfully request a 7-day extension to and including June 14, 2024, to consider whether to file and to prepare a petition for rehearing or rehearing en banc in this appeal. Any petition is presently due on June 7, 2024 per relief this Court ordered previously.

**MOVING PARTY:** New York State Telecommunications Association, Inc.
**OPPOSING PARTY:** Letitia A. James in her official capacity as Attorney General of New York

■ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ■ Appellee/Respondent

**MOVING ATTORNEY:** Scott H. Angstreich
**OPPOSING ATTORNEY:** Judith N. Vale

[name of attorney, with firm, address, phone number and e-mail]

Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400; Washington, D.C. 20036
sangstreich@kellogghansen.com; (202) 326-7900

Deputy Solicitor General, Office of the New York State Attorney General, State of New York
28 Liberty Street New York, New York 10005
judith.vale@ag.ny.gov; (212) 416-8020

**Court- Judge/ Agency appealed from:** E.D.N.Y. - Judge Hurley

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
■ Yes  ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
■ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ✓ No  ☐ Don't Know

Is the oral argument on motion requested?  ☐ Yes  ■ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ■ Yes  ☐ No  If yes, enter date: Argument was held on January 12, 2023

**Signature of Moving Attorney:**
Scott Angstreich (Digitally signed by Scott Angstreich Date: 2024.06.05 16:15:43 -04'00')  **Date:** June 6, 2024  Service: ■ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

## UNOPPOSED MOTION

Pursuant to Federal Rules of Appellate Procedure 27, 35, and 40, as well as Local Rules 27.1, 35.1, and 40.1, Plaintiffs-Appellees respectfully request a one-week extension of time to June 14, 2024, to file a petition for rehearing and / or rehearing *en banc*. Defendant-Appellant does not oppose this request.

1. On April 26, 2024, this Court issued an opinion for a majority of the panel deciding to reverse the judgment and vacate the permanent injunction the District Court (Hurley, J.) had entered.

2. On April 30, 2024, the Court granted Plaintiffs-Appellees' unopposed motion for an extension of time to and including May 24, 2024, to file a petition for rehearing or rehearing *en banc*. *See* Fed. R. App. P. 40(a)(1) (allowing 14 days to file petition for rehearing or rehearing *en banc* "[u]nless the time is shortened or extended by order or local rule").

3. On May 24, 2024, the Court granted Plaintiffs-Appellees' unopposed further motion for an extension of time to and including June 7, 2024, to file a petition for rehearing or rehearing *en banc*.

4. Plaintiffs-Appellees now respectfully request a further one-week extension to file a petition — to June 14, 2024. *See Schulz v. IRS*, 413 F.3d 297, 299 (2d Cir. 2005) ("grant[ing] the motion to extend time in which to file a petition for rehearing *en banc*"). There is good cause to grant the requested extension.

5. Plaintiffs-Appellees and Defendant-Appellant — which does not oppose this Motion — continue to discuss and anticipate soon reaching an agreed-to stipulation regarding the New York law at issue in the above-captioned appeal that would obviate the need for Plaintiffs-Appellees to file a rehearing petition before this Court.

6. As discussed in our May 22, 2024 motion for an extension, following diligent and repeated discussions, the parties reached tentative agreement on a draft of this agreed-to stipulation — by which Plaintiffs-Appellees would agree to forgo filing a petition for rehearing or rehearing *en banc* in exchange for certain agreements from Defendant-Appellant — on or around May 22, 2024.

7. While the parties had expected to reach final agreement as to that agreed-to stipulation on or before June 7, 2024 — the current date by which Plaintiffs-Appellees must file any petition for rehearing or rehearing *en banc* — the parties have found need for a short, additional extension of time to obtain all necessary approvals.

8. Defendant-Appellant does not oppose this request.

\* \* \*

For the foregoing reasons, Plaintiffs-Appellees respectfully request that the Court extend the deadline to file any petition for rehearing and / or rehearing *en banc* to June 14, 2024.

Respectfully submitted,

/s/ *Jeffry A. Lamken*
Jeffrey A. Lamken
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 556-2000
jlamken@mololamken.com

*Counsel for ACA Connects – America's Communications Association*

/s/ *Jared P. Marx*
Jared P. Marx
HARRIS, WILTSHIRE & GRANNIS, LLP
1919 M Street, N.W., 8th Floor
Washington, D.C. 20036
(202) 730-1328
jmarx@hwglaw.com

*Counsel for Satellite Broadcasting & Communications Association*

/s/ *Scott H. Angstreich*
Scott H. Angstreich
Andrew E. Goldsmith
Joseph S. Hall
Alex A. Parkinson
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
sangstreich@kellogghansen.com
agoldsmith@kellogghansen.com
jhall@kellogghansen.com
aparkinson@kellogghansen.com

*Counsel for New York State Telecommunications Association, Inc.; CTIA – The Wireless Association; NTCA – The Rural Broadband Association; and USTelecom – The Broadband Association*

June 6, 2024

3

## CERTIFICATE OF SERVICE

On June 6, 2024, the foregoing document was submitted to the Court through the CM/ECF system. All participants in the case are represented by registered CM/ECF users and will be notified of filing electronically by the CM/ECF system.

/s/ *Scott H. Angstreich*
Scott H. Angstreich

# CERTIFICATE OF COMPLIANCE

I certify, pursuant to Federal Rule of Appellate Procedure 32(g), that this brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the portions of the brief exempted by Federal Rule of Appellate Procedure 32(f), the brief contains 430 words.

I further certify that this brief complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and 32(a)(6) and Local Rule 32.1 because it has been prepared using Microsoft Word 2016 in a proportionally spaced typeface (Times New Roman, 14 point).

/s/ *Scott H. Angstreich*
Scott H. Angstreich

June 6, 2024