# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of June, two thousand twenty-four.

Before:      Sarah A. L. Merriam,
                *Circuit Judge.*

---

| | |
|---|---|
| New York State Telecommunications Association, Inc., CTIA - The Wireless Association, ACA Connects - America's Communications Association, USTelecom - The Broadband Association, NTCA - The Rural Broadband Association, Satellite Broadcasting and Communications Association, on behalf of their respective members, | **ORDER**<br><br>Docket No. 21-1975 |
|     Plaintiffs - Appellees, | |
| v. | |
| Letitia A. James, in her official capacity as Attorney General of New York, | |
|     Defendant - Appellant. | |

---

    Appellees move for an extension of time to July 14, 2024 to file a petition for rehearing or rehearing en banc.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                                    For the Court:

                                                  Catherine O'Hagan Wolfe,
                                                  Clerk of Court