KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
_____
(202) 326-7900
FACSIMILE:
(202) 326-7999

June 14, 2024

*Via Electronic Filing*

Catherine O'Hagan Wolfe
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *New York State Telecommunications Association, Inc., et al. v. James*,
   No. 21-1975

Dear Ms. Wolfe:

  Plaintiffs-Appellees write to inform the Court that they will not be filing a petition for rehearing or rehearing en banc.

             Sincerely,

/s/ *Jeffrey A. Lamken*       /s/ *Scott H. Angstreich*
Jeffrey A. Lamken        Scott H. Angstreich
MOLOLAMKEN LLP      KELLOGG, HANSEN, TODD,
The Watergate, Suite 500      FIGEL & FREDERICK, P.L.L.C.
600 New Hampshire Avenue, N.W.  1615 M Street, N.W., Suite 400
Washington, D.C. 20037     Washington, D.C. 20036
(202) 556-2000        (202) 326-7900
jlamken@mololamken.com     sangstreich@kellogghansen.com

*Counsel for ACA Connects –*   *Counsel for New York State*
*America's Communications*    *Telecommunications Association, Inc.;*
*Association*          *CTIA – The Wireless Association;*
              *NTCA – The Rural Broadband Association;*
              *and USTelecom – The Broadband Association*

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

Catherine O'Hagan Wolfe
June 14, 2024
Page 2


/s/ *Jared P. Marx*
Jared P. Marx
HARRIS, WILTSHIRE & GRANNIS, LLP
1919 M Street, N.W., 8th Floor
Washington, D.C. 20036
(202) 730-1328
jmarx@hwglaw.com

*Counsel for Satellite Broadcasting &*
*Communications Association*


cc: Counsel of record (via CM/ECF)