**MANDATE**

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of April, two thousand twenty-four.

Before:  Richard J. Sullivan,
         Alison J. Nathan,
         Sarah A. L. Merriam,
              *Circuit Judges*.

_____

| | |
|---|---|
| New York State Telecommunications Association, Inc., CTIA - The Wireless Association, ACA Connects - America's Communications Association, USTelecom - The Broadband Association, NTCA - The Rural Broadband Association, Satellite Broadcasting and Communications Association, on behalf of their respective members, | **JUDGMENT**<br><br>Docket No. 21-1975 |

Plaintiffs - Appellees,

v.

Letitia A. James, in her official capacity as Attorney General of New York,

Defendant - Appellant.

_____

The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is REVERSED, and the permanent injunction barring enforcement of the Affordable Broadband Act is VACATED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/17/2024