# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 14, 2024

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:  New York State Telecommunications Association, Inc., et al.
          v. Letitia James, Attorney General of New York
          No. 24-161
          (Your No. 21-1975)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on August 10, 2024 and placed on the docket August 14, 2024 as No. 24-161.

                        Sincerely,

                        **Scott S. Harris**, Clerk

                        by

                        Redmond K. Barnes
                        Case Analyst