# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 24, 2025

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:  New York State Telecommunications Association, Inc., et al.
          v. Letitia James, Attorney General of New York
          No. 24-161
          (Your No. 21-1975)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for rehearing is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk